**CHAD C. SPRAKER**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: chad.spraker@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **DONALD MITCHELL JOHNSON,** *aka Ski Johnson*, Defendant. | CR 14-28-BU-DLC **UNITED STATES' MOTION TO DISMISS SUPERSEDING INFORMATION** |

The United States, through its attorney, Assistant U.S. Attorney Chad C. Spraker, moves the Court to dismiss the Superseding Information (Doc. 44) without prejudice.

1

Government counsel contacted counsel for the defendant pursuant to Local Rule CR 47.1. He indicates that he opposes the present motion.

DATED this 15th day of June, 2015.

                                MICHAEL W. COTTER
                                United States Attorney

                                */s/ Chad C. Spraker*
                                Assistant U.S. Attorney
                                Attorney for Plaintiff