UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

BUTTE DIVISION


UNITED STATES OF AMERICA,

          Plaintiff,                           Cause No. CR-14-28-BU-DLC

   vs.                                      ORDER

DONALD MITCHELL JOHNSON,
aka Ski Johnson,                     **MEALS AND LODGING**
          Defendant.


        IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors

in the above entitled matter.

        DONE AND DATED this 28th day of July 28, 2015.


                              DANA L. CHRISTENSEN
                              Chief Judge United States District Court