# WITNESS LIST
# UNITED STATES OF AMERICA

| UNITED STATES OF AMERICA, vs. DONALD MITCHELL JOHNSON *aka Ski Johnson* || DISTRICT OF MONTANA, BUTTE DIVISION ||
|---|---|---|---|
| **Plaintiff's Attorney** Chad Spraker | **Defendant's Attorney** Michael Donahoe |  | **Docket Number** CR 14-28-BU-DLC  **Trial Date** July 27, 2015-July 28, 2015 |
| **Presiding Judge** Honorable Dana L. Christensen | **Court Reporter** JoAnn Bacheller |  | **Courtroom Deputy** Amanda Goodwin |

| Date Plaintiff's Behalf | Date Defendant's Behalf | Witness |
|---|---|---|
| 7/27/2015 | | Barbara Rooney |
| 7/27/2015 | | Anna Reardon |
| 7/27/2015 | | Ann Meckelborg, Recording Academy |
| 7/27/2015 | | David Castagna, Sony Records |
| 7/28/2015 | | SA Greg Rice, FBI |
| 7/28/2015 | | FA Margie Kirkegard, FBI |
| | | |
| | | |
| | | |