

September 27, 2015

Dear Mr. Ski Johnson,

Thank you for supporting our 2015 10th Anniversary Birthday Bash fundraiser for PetConnect Rescue. The donated auction item, an in-home jazz performance, was received on 8/18/15. No goods or services were returned in exchange for this donation. You are so wonderful to support PetConnect Rescue. We really can't express how grateful we are to receive this contribution!

PetConnect Rescue is an IRS-registered 501(c) (3) non-profit animal rescue organization (EIN 55-0857806), dedicated to placing abandoned dogs and cats in loving homes. PetConnect Rescue fosters animals from overcrowded shelters (usually at high risk of euthanasia) until they can be placed with a permanent family. All of our animals are spayed and neutered and receive full medical care. The placement process is a critical component of our mission as the personalities of both the animals and the adopters are carefully considered. At PetConnect Rescue, we believe that every animal can become a treasured family pet, and your donation helps greatly in achieving that goal.

Our birthday celebration was a smashing success thanks to your generosity. Again, we truly appreciate your donation.

Sincerely,

*Catherine Edwards*

Executive Director and

The Board of Directors and Volunteers

PetConnect Rescue

EXHIBIT A - PAGE 1

John Barnes
Dr. Eddy Bayardelle
Sue Caperton
Tina M. Corks
Lt. Gen. Russell Davis, USAF (Ret.)
Daniel Ginzberg
Christopher John
Curt Kolcun
Dorothy McCracken
Shawn N. Olds
Toffe M. Owen, Jr.
Nancy Park
Paul Pastorek
Timothy L. Richardson
Elaine Rogers
Ken Wincup

**Emeritus Board**
Lt. Gen. John B. Conaway, USAF (Ret.)
Chairman
The Hon. William D. Hansen
Nolan E. Jones, Ph.D.
Edward M. Swallow

**Honorary Board**
The Hon. George H.W. Bush, Co-Chair
Senator Mary Landrieu, Co-Chair
Governor Neil Abercrombie
The Hon. Daniel K. Akaka
The Hon. Max Baucus
The Hon. Dan Boren
Representative Lois Capps
Senator Saxby Chambliss
The Hon. Geoff Davis
The Hon. Norman D. Dicks
Senator Lindsey Graham
The Hon. Kay Bailey Hutchison
Representative David McKinley
Senator Barbara Mikulski
Representative Grace Napolitano
Kelly Perdew
The Hon. Denny Rehberg
Chi Chi Rodriguez
The Hon. Gene Taylor
Karis Turner
Representative Joe Wilson
Senator Ron Wyden
Trisha Yearwood

**President**
Louis A. Cabrera

**GUARD YOUTH FOUNDATION**

March 12, 2015

Mr. Ski Johnson
Ski Johnson Enterprises, LLC
1717 Pennsylvania Ave N.W. Suite #1025
Washington, D.C. 20006

Dear Mr. Johnson, — Ski

Thank you for joining the National Guard Youth Foundation as we celebrated our 10th Annual ChalleNGe Champions Gala on February 24, 2015. The guests truly enjoyed your jazz performance in the VIP Reception and company throughout the program.

The 9,000 young men and women, who were once struggling in the traditional classroom environment but are now looking forward to graduating this year from one of the 35 Youth ChalleNGe Programs, are the beneficiaries of our sponsors. Your involvement with the National Guard Youth Foundation gets us closer to our goal of expanding the program to 20,000 young adults each year by 2020 and directly supports the graduates with scholarships, job training and job opportunities.

The Foundation's aim is to change the trajectory of these young lives, not just for the short term, but well beyond to ensure that these young men and women find firmer footing in life. Please find more information about the National Guard Youth Foundation's work by visiting our website at www.ngyf.org.

Again, thank you for your support.

Sincerely,

Louis A. Cabrera
President

NATIONAL GUARD YOUTH FOUNDATION
415 North Lee Street   Alexandria, Virginia 22314   TEL 703.684.5437   FAX 571.970.3851   E-MAIL info@ngyf.org

EXHIBIT A - PAGE 2



*This Certificate Is Presented To*

## Ski Johnson

*On The Occasion Of*

## VIPeVENTS Concierge
## 4th Annual Black History Program

*In Recognition Of Your*

## Leadership and outstanding commitment to community service

*Thank you for all you do!*

*Barbara A. Mikulski*

## Barbara A. Mikulski
*United States Senator*

On This Day,
The Fifteenth of February, Two Thousand and Fifteen



USO of Metropolitan New York
1601 Broadway, 11th Floor
New York, NY 10019

Phone 212-695-5590 ext. 261
Fax 212-541-4378
www.usonyc.org

February 10, 2014

Dear Mr. Johnson,

Thank you so much for taking the time to attend our 52nd USO Armed Forces Gala & Gold Medal Dinner. As you know, the USO works with many celebrity entertainers who are vital to helping us continue our mission of lifting the spirits of America's service members. Your participation was the greatest gift of the evening for the more than 1,000 active duty service members, families of the fallen, wounded warriors, Medal of Honor recipients, veterans and supporters of troops.

We hope you have a fantastic 2014 and that we'll work together again soon.

Best,

The USO of Metropolitan New York Team



**National Gay & Lesbian Chamber of Commerce**

December 11, 2013

Dear Ski,

From all of us here at the NGLCC and from all the constituents we represent, thank you! Your performance at this year's National Dinner: *Imagine* was a tremendous highlight in the incredible progress we have made over the last year as an organization and as a business community.

More than 800 LGBT and allied business owners, corporate leaders, and government stakeholders participated in the dinner this year, all of whom raved about your moving performance of the National Anthem. We sincerely thank you for your participation and for your support in our mission of connecting LGBT-owned businesses from across the country and around the globe with corporations, government entities, and one another.

Again, please accept this letter as a lasting symbol of our gratitude and thanks. You are a vital and integral part of the NGLCC's continued success! We hope to see you again very soon.

Happy holidays,

Justin G. Nelson
Co-Founder and President

*Thanks so much for making this year better than ever!*

Chance Mitchell
Co-Founder and CEO

*Many thanks and hope to see you soon!*

Certifying LGBT Businesses, Connecting Our Communities
729 15TH STREET NW, 9TH FL, WASHINGTON, DC 20005   P 202.234.9181  F 202.334.9185

nglcc.org

EXHIBIT A - PAGE 5



"Preparing young people for fit and fulfilling lives"



Ski —
Many thanks for your help at my event! Great to make a new outstanding friend!
Best —



Ballot#:

2438

October 10, 2012

Ski Johnson
10301 Naglee Rd.
Silver Spring, MD 20903-1116

Dear Recording Academy Member:

I am pleased to enclose your 55th Annual GRAMMY Awards Nominating Ballot. The Entry List for selections of this year's nominations is available online. Please follow the instructions on the reverse side of this letter.

With your enclosed Nominating Ballot and online Entry List, you will have the responsibility and the privilege as a Voting Member to select your choices for the 55th Annual GRAMMY Awards nominations. Please take this responsibility seriously as the voting process is the most important element in maintaining the integrity of the GRAMMY Awards.

Let only your high standards of artistic and/or technical expertise be your guide. The Entry List contains outstanding recordings created by those who depend upon your knowledgeable vote. Please judge by quality alone, uninfluenced by personal friendships, company loyalties, regional preferences, mass sales, or popularity.

Please be sure to observe the voting limitations in the Specialized Fields and select your Fields with discretion, voting only in the categories in which you are best qualified.

Nominations will be announced on Wednesday, December 5 (The Recording Academy will present our Live Prime Time GRAMMY Nominations Special that evening on CBS). A Final Ballot to select the GRAMMY recipients in each category will be mailed to all voting members in December. Results will be announced during the 55th Annual GRAMMY Awards Telecast on Sunday, February 10, 2013, 8 p.m. ET/PT from Staples Center in Los Angeles, on the CBS Television Network. The attention of a worldwide international audience will be focused that evening on the results of our Academy members' nominating and voting process. Please cast your ballots in a manner that will bring credit to yourself, to the deserving nominees, and to the GRAMMY Awards.

Kind Regards,

Neil Portnow
President/CEO



Ballot#:

2340

October 12, 2011

Donald Johnson
10301 Naglee Rd.
Silver Spring, MD 20903-1116

Dear Recording Academy Member:

I am pleased to enclose your 54th Annual GRAMMY Awards Nominating Ballot. The Entry List for selections of this year's nominations is available online. Please follow the instructions on the reverse side of this letter.

With your enclosed Nominating Ballot and online Entry List, you will have the responsibility and the privilege as a Voting Member to select your choices for the 54th Annual GRAMMY Awards nominations. Each voter is a critical part of maintaining the integrity of The GRAMMY Awards; please take your responsibility seriously.

Let only your high standards of artistic and/or technical expertise be your guide. The Entry List contains outstanding recordings created by those who depend upon your knowledgeable vote. Please judge by quality alone, uninfluenced by personal friendships, company loyalties, regional preferences, mass sales, or popularity.

Kindly note our new rule regarding voting this year: Previously, voters were allowed to vote in up to nine genre Fields plus the General Field on this first ballot. Now, voters may vote in up to 20 Categories in the genre Fields plus the four Categories of the General Field. Select your Categories with discretion, voting only in the Categories in which you are best qualified.

Nominations will be announced on Wednesday, November 30 (and The Recording Academy will again present our Live Prime Time GRAMMY Nominations Special that evening on CBS). A Final Ballot to select the GRAMMY recipients in each category will be mailed to all voting members in December. Results will be announced during the 54th Annual GRAMMY Awards telecast on Sunday, February 12, 2012, 8 p.m. ET/PT from Staples Center in Los Angeles, on the CBS Television Network. The attention of a worldwide international audience will be focused that evening on the results of our Academy Members' nominating and voting process. Please cast your ballots in a manner that will bring credit to yourself, to the deserving nominees, and to the GRAMMY Awards.

Kind Regards,

Neil Portnow
President/CEO

EXHIBIT B - PAGE 2



**THE 58th GRAMMY AWARDS**

Ballot#

7362

October 14, 2015

Ski Johnson
10301 Naglee Rd.
Silver Spring, MD 20903-1116

Dear Recording Academy Member:

I am pleased to enclose your 58th Annual GRAMMY Awards voting ballot. Your selections can be made from The Entry List which is available online; please follow the instructions on the reverse side of this letter.

With your enclosed ballot and online Entry List, you will have the privilege and the responsibility to vote for the 58th Annual GRAMMY Awards. Please take this responsibility seriously as the voting process is the most important element in maintaining the integrity of the GRAMMY Awards.

Let only your high standards of artistic and/or technical expertise be your guide. The Entry List contains outstanding recordings created by those who depend upon your knowledgeable vote. Please judge by quality alone, uninfluenced by personal friendships, company loyalties, regional preferences, mass sales, or popularity.

Please be sure to observe the voting limitations in the Specialized Fields and select your Fields with discretion, voting only in the categories in which you are best qualified.

Nominations will be announced in early December. A Final Ballot to select the GRAMMY recipients in each category will be mailed to all voting members in December. Results will be announced during the 58th Annual GRAMMY Awards Telecast on Monday, February 15, 2016, 8 p.m. ET/PT from Staples Center in Los Angeles, on the CBS Television Network. The attention of a worldwide international audience will be focused that evening on the results of our Academy members' nominating and voting process. Please cast your ballots in a manner that will bring credit to yourself, to the deserving nominees, and to the GRAMMY Awards.

Kind regards,

Neil Portnow
President/CEO

EXHIBIT C - PAGE 1