MICHAEL DONAHOE
Senior Litigator
Federal Defenders of Montana
Helena Branch Office
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)
Counsel for Defendant Donald Mitchell Johnson

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>DONALD MITCHELL JOHNSON,<br>Defendant. | CR 14-28-BU-DLC<br><br>NOTICE OF FILING<br>SENTENCING LETTERS |

Donald Mitchell Johnson, the above named defendant, by and through his counsel of record Michael Donahoe and the Federal Defenders of Montana, hereby submits the attached letters relevant to sentencing in this matter.

Respectfully Submitted November 2, 2015.

                                                  /s/ Michael Donahoe
                                                MICHAEL DONAHOE
                                                Senior Litigator

Federal Defenders of Montana
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)

1

# CERTIFICATE OF SERVICE
## L.R. 5.2(b)

I hereby certify that on November 2, 2015, a copy of the foregoing document was served on the following persons by the following means:

__1__    CM-ECF

_____    Hand Delivery

__2__    Mail

1. CLERK, UNITED STATES DISTRICT COURT

2. CHAMBERS OF HON. DANA L. CHRISTENSEN
   U.S. District Court Judge
   Russell E. Smith Courthouse
   201 E. Broadway
   Missoula, MT 59802

1. Chad C. Spraker
   Assistant U.S. Attorney
   901 Front Street, Suite 1100
   Helena, MT 59626
       Counsel for the United States of America

2. Ashley Hunter
   United States Probation Officer
   201 East Broadway Street, Lower Level
   Missoula, MT 59802

    /S/ Michael Donahoe
    FEDERAL DEFENDERS OF MONTANA

Federal Defenders of Montana
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)

2

| SENTENCING LETTER INDEX<br>UNITED STATES v. DONALD MITCHELL JOHNSON<br>CR 14-28-BU-DLC ||
|---|---|
| No. | LETTER |
| 1 | Darius "Deezle" Harrison (Musician/Friend) |
| 2 | Malcolm Alexander (Friend & Business Partner) |
| 3 | Mary George (Friend) |
| 4 | Janice Halle (Friend) |

Federal Defenders of Montana
50 West 14th Street, Suite 300
Helena, Montana 59601
(406) 449-8381
(406) 449-5651 (Facsimile)

3