**CHAD C. SPRAKER**
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, MT 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: chad.spraker@usdoj.gov

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  vs.  **DONALD MITCHELL JOHNSON,** *aka Ski Johnson*,  Defendant. | CR 14-28-BU-DLC  **UNITED STATES' MOTION TO FILE NOTICE OF WITNESSES OUT OF TIME** |

The United States, through Assistant U.S. Attorney Chad C. Spraker, moves the Court to permit filing of the attached notice of witnesses two days out of time. (Ex. 1.) Counsel for the defendant was contacted for his position but was not available.

///

///

1

DATED this 4th day of November, 2015.

                                        MICHAEL W. COTTER
                                        United States Attorney

                                        */s/ Chad C. Spraker*
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff