# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 14-28-BU-DLC** |
| **Plaintiff,** | **ORDER** |
| vs. | |
| **DONALD MITCHELL JOHNSON,** *aka Ski Johnson*, | |
| **Defendant.** | |

On motion of the United States and for good cause appearing,

IT IS ORDERED that the United States' motion to file its notice of witnesses out of time is GRANTED. The Clerk shall permit filing of the notice in the Court's docket.

Dated this ____day of November, 2015.

_____
Dana L. Christensen, Chief Judge
United States District Court

1